Geoffrey L. Robinson, Bar No. 112997
GRobinson@perkinscoie.com
Christopher A. Chou, Bar No. 293068
CChou@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA 94105
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Plaintiffs
COALITION FOR QUALITY CARE FACILITIES; STEVE CHOU; CHENGLAN CUI; JANN OLDENBURG; SHELDON KWOK; GARRETT LEE; WAYLAND CHAN; APRICOT WAY HOLDINGS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR QUALITY CARE FACILITIES; STEVE CHOU; CHENGLAN CUI; JANN OLDENBURG; SHELDON KWOK; GARRETT LEE; WAYLAND CHAN; APRICOT WAY HOLDINGS, LLC<br>Plaintiff(s)<br>v.<br><br>COUNTY OF ALAMEDA; ALAMEDA COUNTY BOARD OF SUPERVISORS<br>Defendant(s). | Case No. 4:18-cv-02199-DMR<br><br>CONSENT TO MAGISTRATE JUDGE JURISDICTION<br><br>Complaint Filed: April 12, 2018 |

☒ **<u>Consent</u> to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **<u>consent</u>** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATE: April 25, 2018

NAME: Geoffrey L. Robinson

COUNSEL FOR (OR "PRO SE"): Plaintiffs

/s/ Geoffrey L. Robinson

*Signature*

United States District Court
Northern District of California